COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

DEER CREEK LAKE OWNERS'
CORPORATION,

§

§

No. 08-12-00040-CV

Appeal from the

Appellant,

§

43rd District Court

v.

§

of Parker County, Texas

§

CHARLES J. HAIRSTON, JR.,

§

(TC# CV12-0033)

Appellee.

§

## <u>MEMORANDUM   OPINION</u>

Appellant, Deer Creek Lake Owners' Corporation, has moved to dismiss its appeal against Appellee, Charles J. Hairston, Jr.   As permitted by the Rules of Appellate Procedure, this Court may dismiss an appeal "[i]n accordance with a motion of appellant . . . unless [dismissing the appeal] would prevent a party from seeking relief to which it would otherwise be entitled." TEX.R.APP.P. 42.1(a)(1).   The motion to dismiss has been on file with this Court more than ten days, and indicates it has been served upon Appellee, through his counsel of record.   This Court has received no response from Appellee agreeing to or opposing the dismissal of the appeal.   No opposing party is seeking relief from the Court at this time.   Concluding that the requirements of Rule 42.1(a)(1) have been met, we grant the motion and dismiss the appeal.   Because there is no agreement between the parties as to costs, we assess costs against Appellant.   *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).


May 23, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.